UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MICHAEL RINDAL,<br><br>    Plaintiff,<br> v.<br><br>ROBERT WATSON FERGUSON, et al.,<br><br>    Defendants. | CASE NO. 2:24-cv-00890-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court on its own motion. On March 6, 2025, the Court issued an order granting Defendants' motion to dismiss (Dkt. No. 60) and dismissing Plaintiff's Third Amended Complaint (Dkt. No. 59) in its entirety. Dkt. No. 66. In the Order, the Court ordered that, "Should Plaintiff opt to file a Fourth Amended Complaint, consistent with this Order, he shall file the amended complaint by April 7, 2025." *Id.* at 14 (boldface removed). That deadline has lapsed. As of April 21, 2025, there are no claims pending against any Defendants in this case.

Therefore, Plaintiff is ORDERED to show cause as to why this case should not be dismissed without prejudice. Plaintiff SHALL file either his response to this Order or a Fourth

ORDER TO SHOW CAUSE - 1

Amended Complaint **no later than May 5, 2025. If Plaintiff fails to respond to this Order by May 5, 2025, the case will be dismissed.**

Dated this 21st day of April 2025.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 2